UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JEFFREY KOPYSCINSKI,

        Plaintiff,

v.                                    CIVIL ACTION NO. 04-30008-MAP

SOUTHWORTH COMPANY,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILING FEE PAID:
RECEIPT # 305473
AMOUNT $ 150.00
BY DPTY CLK ___
DATE 1/9/04

### PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendant, Southworth Company, respectfully states:

1. On or after December 23, 2003, Defendant was served with a Complaint commenced in the Superior Court, Hampden County, which is entitled <u>Jeffrey Kopyscinski v. Southworth Company</u>, Civil Action No. 03-1079. Service of the Summons and Complaint was made on December 23, 2003. Copies of the Summons and Complaint are annexed hereto as Exhibit A.

2. The Complaint alleges that Plaintiff is a resident of Agawam, Massachusetts. Defendant is a Massachusetts Corporation with a principal place of business in Agawam, Massachusetts. Plaintiff alleges wrongful discharge/retaliation in violation of the Occupational Safety and Health Act, 29 U.S.C. § 660(c) and Mass. Gen. L. c. 152; wrongful discharge/violation of public policy; and intentional/negligent infliction of emotional distress.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA 01144
(413) 737-4753

3. This court has jurisdiction pursuant to 29 U.S.C. § 660(c) and, 28 U.S.C. § 1331 and § 1367.

4. Removal of this action to this court is authorized by 28 U.S.C. § 1441(b) and (c).

5. This Petition for Removal is filed with this court within thirty (30) days after receipt by Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action is based and the Summons.

WHEREFORE, Defendant, Southworth Company, pray that the above-referenced action now pending in the Superior Court, Commonwealth of Massachusetts, Hampden County, be removed to this Court.

Respectfully Submitted,

_____
Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Southworth Company
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: January 9, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Kathleen A. Moore-Kocot, P.O. Box 162, Agawam, MA 01001, by first-class, U.S. mail, postage prepaid on January 9, 2004.

_____
Susan G. Fentin, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753