OVERALL PERFORMANCE RATING

A. Performance Definitions

|  | Performance Range |
|---|---|
| Continuously exceeds | 4.26 and higher |
| Frequently exceeds | 3.51 to 4.25 |
| Meets expectations | 2.51 to 3.50 |
| Needs improvement | 1.76 to 2.50 |
| Unsatisfactory | 1.75 and lower |

B. Rating Computation

For each responsibility:

Assign each INDICATOR OF EXCELLENCE a numeric value (1,2,3,4,5) to indicate the performance level achieved. Add the total numeric value and divide by the number of indicators in the responsibility. The resulting numeric value then becomes the overall rating for that responsibility.

For the total performance rating:

Multiply each resulting responsibility value by the responsibility weighted percentage. Add the result for each responsibility to arrive at the total. From the Performance Range determine the proper overall job performance rating.

C. Performance Rating Continuum

Indicate on the continuum where the employee's performance rating is.

BELOW EXPECTATIONS        MEETS EXPECTATIONS        EXCEEDS EXPECTATIONS
                                   2.82
----------/--------------/------/------------/-------------/---------
Unsat.         Needs              Meets           Frequently   Continuously
               Improvement

Comments on Overall Performance Trend

_____
_____
_____
_____
_____
_____
_____

Action Plan

_____
_____
_____
_____
_____
_____
_____
_____
_____

Supervisor's Signature _[signature]_    Date 5/6/02

Next Level Signature and Comments _[signature]_    Date 5/23/02
_____
_____

Employee Comments

_____
_____
_____
_____
_____
_____
_____

Employee's Signature _Jeffrey Kryzcinski_    Date 5/13/02

## SOUTHWORTH COMPANY

### PERFORMANCE PLANNING AND EVALUATION

Jeffery Kopyscinski                           Position  Asst. Box Forming Oper.
  10/9/2000

Reports To   J. Mayo                          Department  Converting
Period Reviewed 12/30/01

Program Purpose:
As employees, most of us want to know: "what's expected of me?," and "how might I do better". Performance planning and evaluation are important for both employees and their supervisors. For both, this process is an opportunity to discuss job performance and job requirements in order to help employees do well or even better in their present jobs, to establish goals to be reached in a given time period, and to help identify employees' needs for future development.

Instructions:

| | |
|---|---|
| Before the meeting | Prior to the employee's review meeting, Personnel will provide the employee a copy of the job description performance plan and evaluation form requesting that the employee evaluate his/her own performance by completing the evaluation portion of the form. An appointment is then made for the review meeting. The supervisor also prepares for the employee's evaluation review by completing a copy of the evaluation document in advance of the meeting. |
| During the review meeting | The performance review is the time for both parties to compare and discuss their ratings; to set goals and agree on actions that each can do to improve the employee's performance. A comparison of the two evaluations is conducted and the performance level determined. The supervisor and employee then agree on the major goals to be worked on during the coming review period, and the actions to be taken to maintain, improve and develop the employee. Both parties should make additions and deletions to the job description to reflect change in duties and responsibilities and the performance plan as appropriate, if any have occurred or are needed. |
| After the review meeting | The employee and supervisor each keep a copy of the document. The supervisor sends a copy to the individual in charge of Personnel for review and addition to the employee's file. |

## PERFORMANCE PLANNING AND EVALUATION

List the important responsibilities, indicators of performance, goals for the position and describe how they are to be performed. Performance indicator expectations should be expressed in terms of quality, quantity, method and manner of performance, timeliness, and cost where possible.

As a organization we continue to strive for the highest level of performance achievable. It is for that reason we call our job performance expectations "Indicators of Excellence".

### Assistant Box Forming Operator

INDICATORS OF EXCELLENCE

1. Responsibility: Machine set up          (25%)     Rating
   Consistently demonstrates knowledge and
   understanding of machine operations.              2
   Accurately performs all assigned machine set
   ups and adjustments.                              3
   Properly and efficiently installs dies and form
   blocks.                                           3
   Consistently ensures all stations are properly
   set up to job specification.                      3

Overall rating 2.75  .687
Comments: _____
_____
_____
_____
_____
_____

2. Responsibility: Machine operation           (25%)      Rating
   Efficiently loads stock onto machines.                    3
   Consistently ensures adequate stock is staged.            3
   Effectively monitors operation.                           3
   Promptly notifies operator of problems or any
   out of spec situation.                                    2
   Promptly and accurately makes any required
   machine adjustments.                                      3
   Effectively fills in for operator or other
   positions in absences.                                    4

Overall rating  3.1    .775
Comments: _____
_____
_____
_____
_____


3. Responsibility: Machine maintenance          (10%)     Rating
   Accurately performs lubrication jobs as may
   be assigned.                                              3
   Accurately performs cleaning operations.                  3
   Effectively assists with repair or maintenance
   as required.                                              3

Overall rating  3    .30
Comments: _____
_____
_____
_____
_____

## ORGANIZATION WIDE EXPECTATIONS

1. Responsibility: Team Cooperation/Effort     (5%)     Rating
   Willingly accepts and accomplishes
   responsibilities.                                    2
   Demonstrates professionalism to co-workers.          3
   Willingly assists co-workers and others.             3
   Works to resolve problems.                           3
   Willingly accepts special assignments.               3
   Consistently observes company procedures, policies
   and rules.                                           3

Overall rating 2.8   .14
Comments: _____
_____
_____

2. Responsibility: Attendance     (15%)     Rating
   Meets attendance policy of organization.    3
   Meets tardiness policy.                     3

Overall rating  3   .45
Comments: _____
_____
_____
_____

3. Responsibility: Work Area and Safety Habits  (5%)   Rating
   Work areas are clean and orderly.                   3
   Appearance meets company requirements.              3
   Consistently follows safety rules/regulations.      3
   Properly utilizes safety equipment.                 3

Overall Rating   3   .15
Comments: _____
_____
_____

```
4. Responsibility: Job Knowledge              (5%)    Rating
      Consistently demonstrates product knowledge.     3
      Effectively refines technical skill.             3
      Effectively keeps abreast of customer needs.     3

Overall Rating____3____.15
Comments:_____


5. Responsibility: Judgment, initiative        (5%)   Rating
      Carefully studies facts and options before
      making decisions.                                3
      Consistently assigns proper priority to jobs.    3
      Can be consistently relied on to take action on
      own initiative.                                  2
      Consistently offers improvements to procedures
      through appropriate suggestions.                 4

Overall Rating____3____.15
Comments:_____


6. Responsibility: Flexibility and leadership  (5%)   Rating
      Always receptive to new ideas and willing to
      accept change.                                   3
      Effectively fills in for other positions.        4
      Consistently motivates other toward goals.       3
      Consistently gains co-worker confidence and
      respect.                                         3
      Demonstrates leadership skills.                  2
      Effectively communicates with co-workers and
      management.                                      3
      Is exemplary in work skill and competency.       3

Overall Rating____3____.15
Comments:_____
```

**PERFORMANCE DEFINITIONS**

MEETS EXPECTATIONS
3
The incumbent meets performance expectations for all responsibilities and goals and is fully successful, performs in a good, competent manner. This is the expected and usual level for most individuals. The employee is recognized as a particular asset to the department.

CONTINUOUSLY EXCEEDS EXPECTATIONS
5
The employee's performance is clearly exceptional in comparison to expectations. The employee consistently exceeds goals and has provided innovative ideas contributing to the success of the department. All responsibilities reflect high standards of achievement.

EXCEEDS EXPECTATIONS
4
The employee always meets performance expectations and frequently exceeds expectations for several responsibilities. The contribution of the employee is beyond expectations and is highly valued in reaching new levels of department achievements.

IMPROVEMENT NEEDED TO MEET EXPECTATIONS
2
The employee meets performance expectations at minimally acceptable level. Some responsibilities may require extra direction by the supervisor, or the supervisor may find it necessary to avoid assigning the more difficult tasks to the employee.

UNSATISFACTORY
1
Performance is below acceptable levels for one or more major responsibilities. The individual requires counseling and recognition that improved performance within a prescribed period is a condition for continued employment.

OVERALL PERFORMANCE RATING

A. Performance Definitions

|  | Performance Range |
|---|---|
| Continuously exceeds | 4.26 and higher |
| Frequently exceeds | 3.51 to 4.25 |
| Meets expectations | 2.51 to 3.50 |
| Needs improvement | 1.76 to 2.50 |
| Unsatisfactory | 1.75 and lower |

B. Rating Computation

For each responsibility:

Assign each INDICATOR OF EXCELLENCE a numeric value (1,2,3,4,5) to indicate the performance level achieved. Add the total numeric value and divide by the number of indicators in the responsibility. The resulting numeric value then becomes the overall rating for that responsibility.

For the total performance rating:

Multiply each resulting responsibility value by the responsibility weighted percentage. Add the result for each responsibility to arrive at the total. From the Performance Range determine the proper overall job performance rating.

C. Performance Rating Continuum

Indicate on the continuum where the employee's performance rating is.

BELOW EXPECTATIONS         MEETS EXPECTATIONS         EXCEEDS EXPECTATIONS
----------/---------------/-------2.95---------/--------------/---------
Unsat.         Needs              Meets              Frequently   Continuously
               Improvement

Comments on Overall Performance Trend

_____
_____
_____
_____
_____
_____
_____

Action Plan

_____
_____
_____
_____
_____
_____
_____
_____
_____

Supervisor's Signature _____[signature]_____ Date 11/23/01

Next Level Signature and Comments _____[signature]_____ Date 2/6/02

_____
_____
_____

Employee Comments

_____
_____
_____
_____
_____
_____
_____

Employee's Signature _____[signature: Jeffrey Kopyscinski]_____ Date 1/31/02

## SOUTHWORTH COMPANY

### PERFORMANCE PLANNING AND EVALUATION

Jeffery Kopyscinski
DOH 10/9/2000

Position **Asst. Box Forming Oper.**

Reports To **Jim Murray**
Period Reviewed **5/20/01**

Department **Converting**

Program Purpose:
As employees, most of us want to know: "what's expected of me?," and "how might I do better". Performance planning and evaluation are important for both employees and their supervisors. For both, this process is an opportunity to discuss job performance and job requirements in order to help employees do well or even better in their present jobs, to establish goals to be reached in a given time period, and to help identify employees' needs for future development.

Instructions:

Before the meeting

Prior to the employee's review meeting, Personnel will provide the employee a copy of the job description performance plan and evaluation form requesting that the employee evaluate his/her own performance by completing the evaluation portion of the form. An appointment is then made for the review meeting. The supervisor also prepares for the employee's evaluation review by completing a copy of the evaluation document in advance of the meeting.

During the review meeting

The performance review is the time for both parties to compare and discuss their ratings; to set goals and agree on actions that each can do to improve the employee's performance. A comparison of the two evaluations is conducted and the performance level determined. The supervisor and employee then agree on the major goals to be worked on during the coming review period, and the actions to be taken to maintain, improve and develop the employee. Both parties should make additions and deletions to the job description to reflect change in duties and responsibilities and the performance plan as appropriate, if any have occurred or are needed.

After the review meeting

The employee and supervisor each keep a copy of the document. The supervisor sends a copy to the individual in charge of Personnel for review and addition to the employee's file.

## PERFORMANCE PLANNING AND EVALUATION

List the important responsibilities, indicators of performance, goals for the position and describe how they are to be performed. Performance indicator expectations should be expressed in terms of quality, quantity, method and manner of performance, timeliness, and cost where possible.

As a organization we continue to strive for the highest level of performance achievable. It is for that reason we call our job performance expectations "Indicators of Excellence".

### Assistant Box Forming Operator

INDICATORS OF EXCELLENCE

1. Responsibility: Machine set up                                (25%)   Rating
     Consistently demonstrates knowledge and
     understanding of machine operations.                                  3
     Accurately performs all assigned machine set
     ups and adjustments.                                                  2
     Properly and efficiently installs dies and form
     blocks.                                                               3
     Consistently ensures all stations are properly
     set up to job specification.                                          3

Overall rating 2.75  .69
Comments: _____
_____
_____
_____
_____
_____

2. Responsibility: Machine operation          (25%)     Rating
   Efficiently loads stock onto machines.              3
   Consistently ensures adequate stock is staged.      3
   Effectively monitors operation.                     3
   Promptly notifies operator of problems or any
   out of spec situation.                              3
   Promptly and accurately makes any required
   machine adjustments.                                3
   Effectively fills in for operator or other
   positions in absences.                              3

Overall rating  3  .75
Comments:
_____
_____
_____
_____
_____

3. Responsibility: Machine maintenance         (10%)    Rating
   Accurately performs lubrication jobs as may
   be assigned.                                        3
   Accurately performs cleaning operations.            3
   Effectively assists with repair or maintenance
   as required.                                        3.

Overall rating  3  .30
Comments:
_____
_____
_____
_____
_____

ORGANIZATION WIDE EXPECTATIONS

1. Responsibility: Team Cooperation/Effort        (5%)      Rating
   Willingly accepts and accomplishes
   responsibilities.                                          3
   Demonstrates professionalism to co-workers.                3
   Willingly assists co-workers and others.                   4
   Works to resolve problems.                                 3
   Willingly accepts special assignments.                     3
   Consistently observes company procedures, policies
   and rules.                                                 3

   Overall rating  3.1    .16
   Comments:
   _____
   _____

2. Responsibility: Attendance                     (15%)     Rating
   Meets attendance policy of organization.                   3
   Meets tardiness policy.                                    3

   Overall rating  3       .45
   Comments:
   _____
   _____
   _____

3. Responsibility: Work Area and Safety Habits   (5%)      Rating
   Work areas are clean and orderly.                          2
   Appearance meets company requirements.                     2
   Consistently follows safety rules/regulations.             3
   Properly utilizes safety equipment.                        3

   Overall Rating  2.75    .14
   Comments:
   _____
   _____
   _____

4. Responsibility: Job Knowledge                             (5%)    Rating
   Consistently demonstrates product knowledge.                       3
   Effectively refines technical skill.                               3
   Effectively keeps abreast of customer needs.                       3

Overall Rating ___3___ .15
Comments: _____
_____
_____
_____

5. Responsibility: Judgment, initiative                      (5%)    Rating
   Carefully studies facts and options before
   making decisions.                                                  3
   Consistently assigns proper priority to jobs.                      3
   Can be consistently relied on to take action on
   own initiative.                                                    3
   Consistently offers improvements to procedures
   through appropriate suggestions.                                   4

Overall Rating 3.25 .16
Comments: _____
_____
_____
_____

6. Responsibility: Flexibility and leadership   (5%)    Rating
   Always receptive to new ideas and willing to
   accept change.                                                     3
   Effectively fills in for other positions.                          3
   Consistently motivates other toward goals.                         3
   Consistently gains co-worker confidence and
   respect.                                                           3
   Demonstrates leadership skills.                                    3
   Effectively communicates with co-workers and
   management.                                                        3
   Is exemplary in work skill and competency.                         3

Overall Rating ___3___ .15
Comments: _____
_____
_____
_____

## PERFORMANCE DEFINITIONS

MEETS EXPECTATIONS
3

A

The incumbent meets performance expectations for all responsibilities and goals and is fully successful, performs in a good, competent manner. This is the expected and usual level for most individuals. The employee is recognized as a particular asset to the department.

CONTINUOUSLY EXCEEDS EXPECTATIONS
5

The employee's performance is clearly exceptional in comparison to expectations. The employee consistently exceeds goals and has provided innovative ideas contributing to the success of the department. All responsibilities reflect high standards of achievement.

EXCEEDS EXPECTATIONS
4

A+

The employee always meets performance expectations and frequently exceeds expectations for several responsibilities. The contribution of the employee is beyond expectations and is highly valued in reaching new levels of department achievements.

IMPROVEMENT NEEDED TO MEET EXPECTATIONS
2

B

The employee meets performance expectations at minimally acceptable level. Some responsibilities may require extra direction by the supervisor, or the supervisor may find it necessary to avoid assigning the more difficult tasks to the employee.

UNSATISFACTORY
1

Performance is below acceptable levels for one or more major responsibilities. The individual requires counseling and recognition that improved performance within a prescribed period is a condition for continued employment.

OVERALL PERFORMANCE RATING

A. Performance Definitions

|  | Performance Range |
|---|---|
| Continuously exceeds | 4.26 and higher |
| Frequently exceeds | 3.51 to 4.25 |
| Meets expectations | 2.51 to 3.50 |
| Needs improvement | 1.76 to 2.50 |
| Unsatisfactory | 1.75 and lower |

B. Rating Computation

For each responsibility:

Assign each INDICATOR OF EXCELLENCE a numeric value (1,2,3,4,5) to indicate the performance level achieved. Add the total numeric value and divide by the number of indicators in the responsibility. The resulting numeric value then becomes the overall rating for that responsibility.

For the total performance rating:

Multiply each resulting responsibility value by the responsibility weighted percentage. Add the result for each responsibility to arrive at the total. From the Performance Range determine the proper overall job performance rating.

C. Performance Rating Continuum

Indicate on the continuum where the employee's performance rating is.

BELOW EXPECTATIONS    MEETS EXPECTATIONS    EXCEEDS EXPECTATIONS
----------/--------------/------2.95--------/-------------/---------
Unsat.         Needs              Meets            Frequently  Continuously
               Improvement

Comments on Overall Performance Trend

_____
_____
_____
_____
_____
_____
_____
_____

Action Plan

_____
_____
_____
_____
_____
_____
_____
_____
_____

Supervisor's Signature _____[signature]_____ Date 5/18/01

Next Level Signature and Comments _____[signature]_____ Date 6/1/01
_____
_____

Employee Comments

_____
_____
_____
_____
_____
_____
_____
_____

Employee's Signature __Jeffrey Kappenhoudt__ Date 5/34/01