11/18/02

EX.8

On thus 14th of nov Jeff Kopasiski walked out around 6:00 Do to the fact the machine wasn't running up to standard He fliped out about every thing not running right (crying about it) and left. I call Jimmy at 600 & thai he called Back at 8:00 I was having problems with the glue and procided to call him Back at 2:00 and He sent us home

Jason Mutti

_____
11/18/02

EX. 19

10/18/02

Jimmy asked me if I could run box machine because Jeff was leaving.

Willing to do so

But Box machine happen to be down for the night, had call maintenance.

Cindy Mlodozski

I Hottie was working Friday night. did not see to much. All I hear was he was not going to run the way it was and then I went to hand work,

Hottie Weboe

11-18-02

EX.11

I, Luz seen whem the machine was Running Kid of bad and Jeff was very upset that he could not Run, so we left to hand work.

Luz - 11-18-0: