UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

U.S. DISTRICT COURT

```
**********************************
                                 *
JEFFREY KOPYSCINSKI,             *
                                 *
                Plaintiff,       *
                                 *
v.                               *        CIVIL ACTION NO.
                                 *
SOUTHWORTH COMPANY,              *        04 - 30008 - MAP
                                 *
                Defendant.       *
                                 *
**********************************
```

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Susan G. Fentin, Esq., and hereby notices its Appearance as counsel for Defendant, SOUTHWORTH COMPANY, in the above-referenced matter.

Respectfully Submitted,

*Susan Fentin* (signature)

Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Southworth Company
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: January 9, 2004

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA 01144
(413) 737-4753

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Kathleen A. Moore-Kocot, P.O. Box 162, Agawam, MA 01001, by first-class, U.S. mail, postage prepaid on January 9, 2004.

*Susan Fentin* (signature)

Susan G. Fentin, Esq.