UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JEFFREY KOPYSCINSKI,

    Plaintiff,

v.           CIVIL ACTION NO.

SOUTHWORTH COMPANY,  04-30008-MAP

    Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR EXTENSION OF TIME

The Defendant in the above-captioned matter, Southworth Company ("Southworth"), submits this Request for Extension of Time in which to Answer or otherwise respond to the Plaintiff's Complaint. In support of this Request, the Defendant represents as follows:

1. The suit was filed in Hampden County Superior Court on or around November 4, 2003.

2. The Defendant was not served until December 23, 2003.

3. The Answer in this matter is due on or before January 12, 2004.

4. The Plaintiff's claim involves complex questions of fact and law that require further research before an Answer can be filed.

5. The Defendant requires additional time to research the factual support and legal basis for the Plaintiff's claims.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA 01144
(413) 737-4753

WHEREFORE, the Defendant respectfully requests this court grant its Request for an Extension of Time and allow it to submit its Answer or otherwise respond to the Plaintiff's Complaint on or before February 11, 2004.

Respectfully Submitted,

*/s/ Susan G. Fentin*

Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Southworth Company
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: January 9, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Kathleen A. Moore-Kocot, P.O. Box 162, Agawam, MA 01001, by first-class, U.S. mail, postage prepaid on January 9, 2004.

*/s/ Susan G. Fentin*

Susan G. Fentin, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753