UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

////////////////////////////////////////////////////////////

JEFFERY KOPYSCINSKI,
        Plaintiff

V.                                Civil Action No. (Not Provided)

SOUTHWORTH COMPANY,
        Defendant

////////////////////////////////////////////////////////////

## NOTICE OF APPEARANCE

    NOW COMES Kathleen A. Moore-Kocot, Esq., and hereby notices its Appearance as counsel for Plaintiff, Jeffery Kopyscinski, in the above referenced matter.

Date: January 14, 2004

                                  Respectfully submitted,
                                  By Plaintiff's attorney,

                                  Kathleen A. Moore-Kocot, Esq.
                                  P.O. Box 162
                                  Agawam, MA 01001
                                  413-786-1184 (tel)
                                  413-786-6030 (fax)
                                  BBO#631622