EX.11

I, Luz seen whem the machine was Running kid of bad and Jeff was very upset that he could not Run, so we left to hand work.

Luz - 11-18-0