UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

////////////////////////////////////////////////////////////

JEFFERY KOPYSCINSKI,
           Plaintiff

V.                         Civil Action No. 04-30008 MAP

SOUTHWORTH COMPANY,
           Defendant

////////////////////////////////////////////////////////////

PETITION TO REMAND

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Plaintiff, Jeffery Kopyscinski, respectfully states:

1. On or about November 4, 2003, Plaintiff filed a complaint in Superior Court for violation of M.G.L. ch. 152 Sec. 75B(2), public policy, retaliation for filing a Workers' Comp claim and raising OSHA violations to Defendant.

2. Plaintiff's complaint was properly filed with the Superior Court in accordance with M.G.L. ch. 152 and other applicable state laws.

3. On or about January 9, 2004, Defendant's filed a petition with this Court and had this matter removed to the U.S. District Court under 29 U.S.C. Sec. 660(c) and, 28 U.S.C. Sec. 1331 and 1367.

4. The counts alleged in the Plaintiff's complaint are state law driven and the Superior Court retains exclusive jurisdiction in this matter. (See MG.L. ch. 152 Sec. 75B(2))

5. Any reference to OSHA and/or the Defendants violation of those regulations have been alleged in this complaint for evidentiary purposes

6. Any reference to OSHA and/or the Defendant's violation of those regulations have been alleged in this complaint to assist Plaintiff in establishing Defendant's history of intentionally ignoring mandated safety regulations which led to Plaintiff's injury.

7. Plaintiff's complaint was filed as a fast track case under employment discrimination/ Worker's Compensation claim.

8. No federal question has been raised to be properly before this Court at this time.

WHEREFORE, Plaintiff, Jeffrey Kopyscinski, respectfully requests this Court Remand this complaint back to the Superior Court where proper jurisdiction remains.

Date: January 23, 2004

Respectfully submitted,
By Plaintiff's attorney,

*[signature]*

Kathleen A. Moore-Kocot, Esq.
P.O. Box 162
Agawam, MA 01001
413-786-1184 (tel)
413-786-6030 (fax)
BBO#631622

CERTIFICATE OF SERVICE

I, Kathleen A. Moore-Kocot, Esq. do hereby certify that I served via first class mail, a true and accurate copy of Plaintiff's Petition to Remand upon the Defendant by mailing same to: Attorney Susan Fentin, Skolar, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144.

*[signature]*

Kathleen A. Moore-Kocot, Esq.