UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
                                *
JEFFREY KOPYSCINSKI,            *
                                *
            Plaintiff,          *
                                *
v.                              *    CIVIL ACTION NO. 04-30008-MAP
                                *
SOUTHWORTH COMPANY,             *
                                *
            Defendant.          *
                                *
*********************************
```

**MOTION FOR EXTENSION OF TIME**

The Defendant in the above-captioned matter requests an extension of time in which to Answer or otherwise respond to the Plaintiff's Complaint, removed to this court on January 9, 2004. In support of this Motion, the Defendant represents as follows:

1. This case was removed to this court on January 9, 2004. At that time, the court granted the Defendant an extension of time until February 11, 2004, in which to file its Answer or otherwise respond to the Plaintiff's Complaint.

2. After removal, the Plaintiff filed a Petition for Remand, which the court styled as a Motion to Remand. The court allowed the Defendant until Friday, February 6, 2004, to file an Opposition to that Motion.

3. The Defendant filed its Opposition on Friday, February 6, 2004.

4. At this time, the Defendant is unsure as to whether the court will retain jurisdiction or remand this matter to state court.

5.  The Defendant wishes to file its Answer or other response in the appropriate forum.

WHEREFORE, the Defendant respectfully requests that this court extend the deadline for filing its Answer or otherwise responding to the allegations in the Plaintiff's Complaint until two weeks after the court rules on the Plaintiff's Motion to Remand.

Respectfully Submitted,

/s/ Susan G. Fentin
Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Southworth Company
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: February 10, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Kathleen A. Moore-Kocot, P.O. Box 162, Agawam, MA 01001, by first-class, U.S. mail, postage prepaid on February 10, 2004.

/s/ Susan G. Fentin
Susan G. Fentin, Esq.
