UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
JEFFREY KOPYSCINSKI,             \*
                                 \*
           Plaintiff,            \*
                                 \*
v.                               \*     CIVIL ACTION NO. 04-30008-MAP
                                 \*
SOUTHWORTH COMPANY,              \*
                                 \*
           Defendant.            \*
                                 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER

The Defendant, Southworth Company, submits its Answer to the Plaintiff's Complaint removed to this court on January 9, 2004.

## FIRST DEFENSE

1. Upon information and belief, the Defendant admits the allegations in Paragraph 1.

2. The Defendant admits the allegations in Paragraph 2.

3. The Defendant admits the allegations in Paragraph 3.

4. The Defendant admits the allegations in Paragraph 4.

5. The Defendant denies any and all allegations in Paragraph 5.

6. The Defendant denies any and all allegations in Paragraph 6 as written.

7. The Defendant denies any and all allegations in Paragraph 7, except that the Defendant admits that James Mango has been employed as Converting Manager during all times relevant to the allegations in the Plaintiff's Complaint.

8. The Defendant lacks sufficient information to admit or deny the allegations in Paragraph 8 but denies that the Plaintiff requested assistance from the Maintenance Department "once or twice a night."

9. The Defendant denies any and all allegations in Paragraph 9.

10. Upon information and belief, the Defendant denies any and all allegations in Paragraph 10.

11. Upon information and belief, the Defendant denies any and all allegations in Paragraph 11.

12. The Defendant denies any and all allegations in Paragraph 12.

13. The Defendant denies any and all allegations in Paragraph 13.

14. The Defendant admits that it filed Form 101 with the Department of Industrial Accidents on or about May 20, 2002, and that this form stated the circumstances of the Plaintiff's accident. The Defendant denies all other allegations in Paragraph 14.

15. The Defendant admits that the Plaintiff returned to work on April 17, 2002, but the Defendant lacks sufficient information to admit or deny the remaining allegations in Paragraph 15.

16. The Defendant denies any and all allegations in Paragraph 16, to the extent that it states allegations based on any actions by the Defendant.

17. The Defendant denies any and all allegations in Paragraph 17.

18. The Defendant denies any and all allegations in Paragraph 18.

19. The Defendant denies any and all allegations in Paragraph 19.

20. The Defendant denies any and all allegations in Paragraph 20.

21. The Defendant denies any and all allegations in Paragraph 21, except that the Defendant admits that the Plaintiff was given some lower ratings in certain categories in his June 1, 2002, evaluation.

22. The Defendant denies any and all allegations in Paragraph 22.

23. The Defendant denies any and all allegations in Paragraph 23.

24. The Defendant denies any and all allegations in Paragraph 24.

25. The Defendant denies any and all allegations in Paragraph 25.

26. The Defendant denies any and all allegations in Paragraph 26.

27. The Defendant admits that after the Plaintiff left work, another operator was asked to take over the Plaintiff's duties. The Defendant denies any and all remaining allegations in Paragraph 27.

28. The Defendant denies any and all allegations in Paragraph 28, except the Defendant admits that the box forming machine did not operate for the rest of the second shift on the day that the Plaintiff left work.

29. The Defendant lacks sufficient information to admit or deny the allegations in Paragraph 29.

30. The Defendant denies any and all allegations in Paragraph 30, except that the Defendant admits that on November 19, 2002, the Plaintiff was suspended pending investigation.

31. The Defendant is without sufficient information to admit or deny the allegations in Paragraph 31.

32. The Defendant denies any and all allegations in Paragraph 32 as written.

33. The Defendant denies any and all allegations in Paragraph 33.

## COUNT I – WRONGFUL DISCHARGE

34. The Defendant incorporates its answers to the allegations in Paragraphs 1-33 as part of its answer to this Count I.

35. The Defendant denies any and all allegations in Paragraph 35.

36. The Defendant denies any and all allegations in Paragraph 36.

37. The Defendant denies any and all allegations in Paragraph 37 as written.

38. The Defendant denies any and all allegations in Paragraph 38 as written.

39. The Defendant denies any and all allegations in Paragraph 39.

## COUNT II – Retaliation

40. The Defendant incorporates its answers to the allegations in Paragraphs 1-39 as part of its answer to this Count II.

41. The Defendant denies any and all allegations in Paragraph 41.

42. The Defendant denies any and all allegations in Paragraph 42.

43. The Defendant denies any and all allegations in Paragraph 43.

## COUNT III – VIOLATION OF PUBLIC POLICY

44. The Defendant incorporates its answers to the allegations in Paragraphs 1-43 as part of its answer to this Count III.

45. The Defendant denies any and all allegations in Paragraph 45.

46. The Defendant denies any and all allegations in Paragraph 46.

47. The Defendant denies any and all allegations in Paragraph 47.

48. The Defendant denies any and all allegations in Paragraph 48.

## COUNT IV – ITENTIONAL INFLICATION OF EMOTIONAL DISTRESS

49. The Defendant incorporates its answers to the allegations in Paragraphs 1-48 as part of its answer to this Count IV.

50. The Defendant denies any and all allegations in Paragraph 50.

51. The Defendant denies any and all allegations in Paragraph 51.

52. The Defendant denies any and all allegations in Paragraph 52.

53. The Defendant denies any and all allegations in Paragraph 53.

54. The Defendant denies any and all allegations in Paragraph 54.

55. The Defendant denies any and all allegations in Paragraph 55.

## PRAYER FOR RELIEF

56. The Defendant denies liability for any damages claimed in Paragraph 56.

57. The Defendant denies liability for any damages claimed in Paragraph 57.

58. The Defendant denies liability for any damages claimed in Paragraph 58.

59.  The Defendant denies liability for any damages claimed in Paragraph 59.

## SECOND DEFENSE

The Plaintiff has failed to state a claim upon which relief can be granted.

## THIRD DEFENSE

The Plaintiff has failed to exhaust his administrative remedies.

## FOURTH DEFENSE

The Plaintiff has failed to take reasonable steps to mitigate his damages.

## FIFTH DEFENSE

The Plaintiff's claims are barred by the exclusivity provision of Massachusetts General Laws c. 152.

Respectfully Submitted,

/s/ Susan G. Fentin
Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Southworth Company
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144

Dated:  February 11, 2004          Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Kathleen A. Moore-Kocot, P.O. Box 162, Agawam, MA 01001, by first-class, U.S. mail, postage prepaid on February 11, 2004.

/s/ Susan G. Fentin
Susan G. Fentin, Esq.