UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

JEFFREY KOPYSCINSKI`

V.                                               CA/CR No. 04-30008

SOUTHWORTH CO

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__ for the following proceedings:

(A)  ☐  Referred for full pretrial case management, including all dispositive motions.

(B)  ☐  Referred for full pretrial case management, *not* including dispositive motions:

(C)  ☐  Referred for discovery purposes only.

(D)  ☐  Referred for Report and Recommendation on:

   ( ) Motion(s) for injunctive relief
   ( ) Motion(s) for judgment on the pleadings
   ( ) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
   ( ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

(E)  Case referred for events only. See Doc. No(s). _____

(F)  Case referred for settlement.

(G)  Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   ( ) In accordance with Rule 53, F.R.Civ.P.
   ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)  Special Instructions:  __SCHEDULING CONFERENCE__

4/2/04                                         By:  /s/Elizabeth A. French
Date                                                Deputy Clerk

**(OrRef for pdf.wpd - 05/2003)**

---

[1]  See reverse side of order for instructions