UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**********************************
                                  *
JEFFREY KOPYSCINSKI,              *
                                  *
            Plaintiff,            *
                                  *
v.                                *     CIVIL ACTION NO. 04-30008-MAP
                                  *
SOUTHWORTH COMPANY,               *
                                  *
            Defendant.            *
                                  *
**********************************
```

## DEFENDANT'S REQUEST FOR CONTINUANCE

The Defendant in the above-captioned matter, Southworth Company, hereby requests that the Scheduling Conference set for May 13, 2004, be continued to another day at the convenience of the court. As support for this Request, the Defendant states as follows:

1. Counsel for the Defendant, Attorney Susan Fentin, is scheduled to be in Connecticut that morning representing a client in an investigation conducted by the Connecticut Commission on Human Rights and Opportunities. This investigation has been scheduled for several months and involves a number of witnesses.

2. Counsel for the Defendant has contacted Counsel for the Plaintiff, Kathleen A. Moore-Kocot, who represents that she does not have an objection to this Request for a Continuance.

3.  For the convenience of the court, Attorney Moore-Kocot has represented that she is not available on the following dates: April 15 through May 10, 2004; and May 12, 14, 20, 24 and 26, 2004. Similarly, Attorney Fentin is unavailable May 28, 2004.

WHEREFORE, the Defendant respectfully requests the court to reschedule the Scheduling Conference from May 13, 2004, to another date at the convenience of the court.

Respectfully Submitted,

/s/ Susan G. Fentin
Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Southworth Company
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Dated: April 9, 2004    Tel.: (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Kathleen A. Moore-Kocot, P.O. Box 162, Agawam, MA 01001, by first-class, U.S. mail, postage prepaid on April 9, 2004.

/s/ Susan G. Fentin
Susan G. Fentin, Esq.