O AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

JEFFREY KOPYSCINSKI

V.

SOUTHWORTH COMPANY

**NOTICE**

CASE NUMBER:    04-30008-MAP

TYPE OF CASE:

**:    CIVIL            CRIMINAL**

**9  TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

SCHEDULING CONFERENCE

**:    TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **5/18/04 at 9:30 a.m.** | **MAY 25, 2004, AT 9:30 A.M.** |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 22, 2004

DATE

/s/ Bethaney A. Healy

(BY) DEPUTY CLERK

TO:    All Counsel of Record