UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
***********************
                       *
JEFFREY KOPYSCINSKI,   *
                       *
           Plaintiff,  *
                       *
v.                     *     CIVIL ACTION NO. 04-30008-MAP
                       *
SOUTHWORTH COMPANY,    *
                       *
           Defendant.  *
                       *
***********************
```

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1 the Defendant, Southworth Company, and its counsel, Susan G. Fentin, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed alternative dispute resolution ("ADR") programs and the costs of resolving the above-captioned litigation through an ADR program.

Respectfully Submitted,

_____
Susan G. Fentin, Esq.
BBO No. 932962
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, MA 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: May 19, 2004

Southworth Company

_____
Alison Strolis
Human Resources Manager

Dated: May 19, 2004

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753