UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY KOPYSCINSKI,            )
        Plaintiff           )
                            )
                            )
v.                              )   Civil Action No. 04-30008-MAP
                            )
                            )
SOUTHWORTH COMPANY,             )
        Defendant           )

## SCHEDULING ORDER
May 25, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosure by June 1, 2004.

2. All discovery shall commence on July 1, 2004, and be completed by December 31, 2004.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by October 31, 2004, and depositions of such experts shall be completed by December 31, 2004.

4. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by November 30, 2004, and depositions of such experts shall be completed by January 31, 2005.

5. Counsel shall appear for a case management conference on February 7, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

    /s/ KENNETH P. NEIMAN
Kenneth P. Neiman
U.S. Magistrate Judge