UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

////////////////////////////////////////////////////////////

JEFFERY KOPYSCINSKI,
                   Plaintiff

V.                                              Civil Action No. 04-30008 MAP

SOUTHWORTH COMPANY,
                   Defendant

////////////////////////////////////////////////////////////

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), counsel for Plaintiff Jeffery Kopyscinskis, hereby certify that I have conferred with my client on the costs associated with this litigation and the various alternative courses of this litigation. In addition, Plaintiff and its counsel have considered the resolution of this litigation through the use of alternative dispute resolution programs.

Plaintiff will be prepared to respond at the scheduling conference as to whether it will agree to resolve this litigation by such a program.

DATE: May 22, 2004                                               Date: May 22, 2004

Respectfully Submitted,
JEFFERY KOPYSCINSKI
By her Attorney,

_____                    _____
Kathleen A. Moore-Kocot, Esq.                           Jeffery Kopyscinski
P.O. Box 162
Agawam, MA 01001
413-786-1184 (tel)
413-786-6030 (fax)
BBO#631622

## CERTIFICATE OF SERVICE

I, Kathleen A. Moore-Kocot, Esq. do hereby certify that I hand delivered, a true and accurate copy of Plaintiff's Compliance with Rule 16.1 (D)(3) upon the Defendant by hand delivering same to: Attorney Susan Fentin, Skolar, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144.

*/s/ Kathleen A. Moore-Kocot*
Kathleen A. Moore-Kocot, Esq.