UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

////////////////////////////////////////////////////////////////

JEFFERY KOPYSCINSKI,
                        Plaintiff

V.                                                Civil Action No. 04-30008 MAP

SOUTHWORTH COMPANY,
                        Defendant

////////////////////////////////////////////////////////////////

ASSENTED TO MOTION TO EXTEND DISCOVERY PERIOD
AND RESCHEDULE STATUS CONFERENCE

Now comes the Plaintiff in the above referenced matter to respectfully request this Court to allow Plaintiff to extend the discovery period from December 31, 2004 until March 31, 2005. In addition, the parties are presently scheduled for a status conference on February 7, 2005 and respectfully request this date also be rescheduled. As grounds for this motion, the parties state as follows:

At present time, discovery is scheduled to close on December 31, 2004 and the Plaintiff will not receive the Defendant's responses to production and/or interrogatories until December 8, 2004. Discovery has been hampered by Plaintiff's counsel's incapacity due to two surgeries and will be further interrupted due to another surgery scheduled for the 16th of December. Accordingly, given the totality of the situation including, but not limited to, Plaintiff's counsel's incapacity, the upcoming holidays and both sides schedules, we respectfully request this Court allow said extension and reschedule the parties status conference to a date following the close of discovery (i.e. after March 31, 2005).

Defendant's counsel has assented to this motion as presented. Accordingly, Plaintiff respectfully requests this motion be allowed.

DATE: December 2, 2004

Respectfully Submitted,

JEFFERY KOPYSCINSKI

By her Attorney,

/s/

Kathleen A. Moore-Kocot, Esq.

P.O. Box 162

Agawam, MA 01001

413-786-1184 (tel)

413-786-6030 (fax)

BBO#631622

CERTIFICATE OF SERVICE

I, Kathleen A. Moore-Kocot, Esq. do hereby certify that I hand delivered, a true and accurate copy of Plaintiff's Assented to Motion to Extend Discovery upon the Defendant e-mailing same to SFentin@skoler-abbott.com.

/s/

Kathleen A. Moore-Kocot, Esq.