UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY KOPYSCINSKI,            )
           Plaintiff    )
                        )
                        )
v.                              )   Civil Action No. 04-30008-MAP
                        )
                        )
SOUTHWORTH COMPANY,             )
           Defendant    )

<u>REVISED SCHEDULING ORDER</u>
December 6, 2004

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Extend Discovery Period (Document No. 19) and hereby establishes the following schedule:

1. All discovery shall be completed by March 31, 2005.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by January 31, 2005, and depositions of such experts shall be completed by March 31, 2005.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by March 2, 2005, and depositions of such experts shall be completed by March 31, 2005.

4. Counsel shall appear for a case management conference on April 8, 2005, at 10:00 a.m. in Courtroom Three. The February 7, 2005

conference is hereby cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: December 6, 2004

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge