UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

////////////////////////////////////////////////////////////////

JEFFERY KOPYSCINSKI,
                      Plaintiff

V.                                              Civil Action No. 04-30008 MAP

SOUTHWORTH COMPANY,
                      Defendant

////////////////////////////////////////////////////////////////

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

      Now come the parties in the above referenced case to respectfully request this Court to dismiss this complaint with prejudice and without costs. The parties have settled this matter thereby resolving any and all issues raised in the above captioned matter.

      Accordingly, the parties respectfully requests this motion be allowed.

DATE: February 14, 2005

Respectfully Submitted,

| JEFFERY KOPYSCINSKI | SOUTHWORTH PAPER CO. |
|---|---|
| By his Attorney, | By Their Attorney, |
| / s / | / s / |
| Kathleen A. Moore-Kocot, Esq. | Susan G. Fentin, Esq. |
| P.O. Box 162 | Skolar, Abbott & Presser, P.C. |
| Agawam, MA 01001 | One Monarch Place, Suite 2000 |
| 413-786-1184 (tel) | 413-737-4753 (tel) |
| 413-786-6030 (fax) | 413-787-1941 |
| BBO#631622 | |